```
Ronald Olajide
c/o 4200 Park Blvd #137
Non-Domestic
Oakland, California
```
FILED OCT 29 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT OF THE UNITED STATES
NORTHERN DISTRICT OF CALIFORNIA

CR12-00781 PJH

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA<br>PLAINTIFF<br><br>v.<br><br>Ronald Boyede Olajide<br>(Defendant in error) | NOTICE OF REMOVAL<br>OF CRIMINAL PROSECUTION<br>WRIT OF HABEAS CORPUS<br>(28 USC 1443,1455c 1331)<br>SWORN AND SCRIBED<br>Case No: |

## PETITION FOR WRIT OF HABEAS CORPUS

Comes now the living soul Ronald Olajide, a non-collective entity, Defendant in error (herein after your affiant) whom brings this action pursuant to 14 Stat. 27, 17 Stat. 13, 28 USC 1443 and 1455 invokes the jurisdiction of this court pursuant to 28 USC section 1331,1443,1455c by way of the 14th Amendment, of the Constitution for the United States of America, 14 Stat. 27, 17 Stat. 13 and 78 Stat. 241. At all times relevant, all of the grounds for removal were committed within the geographical jurisdiction of this court.

### AFFIANT IS RESTRAINED OF HIS LIBERTY

Your affiant was and still is illegally restrained of his liberty by fraudulent actions of various people clothed with the authority of the state, Sean Parker (CITY OF DUBLIN employee), Jon J. Goodfellow (COUNTY OF ALAMEDA employee), COUNTY OF ALAMEDA deputy sheriffs, and Jacob Blea III(STATE OF CALIFORNIA and or COUNTY OF ALAMEDA employee) actions were in concert to deny and fail to enforce in the bar Courts of the State of California your affiants rights protected and guaranteed by the Constitution and Laws of the United States providing for the equal rights of citizens of the United States in that, among other things, the State of California by statute, custom, usage, and practice supports and maintains a policy

Petition for Writ of Habeas Corpus - 1
MATEZSA CHEATHAM
COMM. #1973768
Notary Public-California
ALAMEDA COUNTY
My Comm. Exp. MAR 31, 2016

of racial discrimination." Your affiant was prosecuted for acts done under color of authority derived from the constitution and laws of the United States and for refusing to consent with an act, which was, and is, inconsistent with the Constitution and Laws of the United States. Your affiant asserts as a defense to state court prosecution that the State failed to enforce rights given to him by 14 Stat. 27, 17 Stat. 13 and 78 Stat. 241. California Government code 24156 commands the state courts and "Officials to ignore your affiants federal rights." *Section 1443 provides that a defendant may remove any of the following actions to federal district court:*
*(1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof;*
*(2) For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law.*
*All petitions for removal must assert: (1) as a defense to the prosecution, rights that are given to them by explicit statutory enactment protecting equal racial civil rights, and (2) failure of the state courts to enforce these rights, evidenced by reference to a state statute or constitutional provision that purports to command the state courts to ignore the federal rights. California v. Sandoval, 434 F.2d 635, 636 (9th Cir.1970)See also City of Greenwood, Miss. V. Peacock, 384 U.S. 808 (1966)*

Your affiant's rights to equal protection of the laws under the Fourteenth Amendment were statutorily guaranteed to him via 14 Stat. 27,17 Stat.13, and 78 Stat.241 Various State actors, whom have assumed positions as "judges", "district attorney", "city police", "clerk of the court" and "County Sherriff", have conspired to continuously deny your affiant his right to equal racial civil rights depriving him lawful due process. Your affiant was kidnapped by alleged state officers and unlawfully charged with various offenses under state law because he is a Negro attempting to assert his rights under federal equal civil rights laws he is completely innocent of the alleged charges and subsequent "conviction" against him. These alleged state officials unfaithfully perform their duties pursuant to California Government Code 24156 as they are bondless and "self- insured" which made it clear that your affiant was unable to obtain a fair trial in the state court. *"Under § 1443 (1), the vindication of the defendant's federal rights is left to the state courts*

Petition for Writ of Habeas Corpus - 2

*except in the rare situations where it can be clearly predicted by reason of the operation of a pervasive and explicit state or federal law that those rights will inevitably be denied by the very act of bringing the defendant to trial in the state court." Georgia v. Rachel, ante; Strauder v. West Virginia, 100 U. S. 303.*

## STATEMENT OF FACTS

1. On June 6, 2009 at about 3:30 a.m on Fallon road, Dublin, California your affiant was peaceably traveling northbound in his private automobile, herein after "automobile" in a safe manner and speed.
2. Your affiant then pulled to the side of the road and stopped after observing what appeared to be flashing emergency lights.
3. An uninvited unidentified man herein after, SEAN PARKER was discharging his "official" duties pursuant to California government code 24156 under the color of authority derived from the Federal and State Constitutions and the laws of the United States confronted your affiant with a loaded handgun in holster and began to make demands for identification.
4. Your affiant was not engaged in any illegal activity immediately prior to or at the time SEAN PARKER made contact with him so he had a reasonable expectation his rights wouldn't be violated.
5. Your affiant asked SEAN PARKER if he had any documentation to prove whom his uniform purported him to be.
6. SEAN PARKER failed to properly identify himself.
7. Out of fear for his life and safety your affiant was forced to submit to the armed SEAN PARKER'S requests.
8. SEAN PARKER then forced your affiant out of the vehicle, at this point approximately six more unidentified armed men came to the scene in SEAN PARKERS favor.
9. SEAN PARKER and the JOHN DOES actions were outside of their subject matter Jurisdiction as alleged employees for the CITY OF DUBLIN.
10. The Armed men willfully worked in concert with SEAN PARKER and watched as your affiant was forced to perform tasks pursuant to SEAN PARKERS requests.
11. SEAN PARKER determined your affiant unsuccessfully completed the requested tasks.

Petition for Writ of Habeas Corpus - 3

12. At this point SEAN PARKER without your affiant's will or consent shackled him and sat him in the back of SEAN PARKER'S vehicle.
13. SEAN PARKER kidnapped your affiant neither without cause, consent, lawful warrant or exigent circumstances and took him to Santa Rita jail owned by the COUNTY OF ALAMEDA.
14. SEAN PARKER then continuously attempted to force your affiant to incriminate himself, but to no avail.
15. SEAN PARKER then acted under color of authority of the Federal and State constitutions to perjure his oath of office and create a frivolous "declaration in support of Arrest". This action by SEAN PARKER is in clear violation of California penal codes 118,118.1,118a, 125,126,127,128,129, 15 USC sections 78d-3,78ff, 1692e, 18 USC section 241,242 1201, 1961 and FRCP section 9b.
16. Your affiant was held captive by the Employees of the COUNTY OF ALAMEDA without probable cause, and without committing a crime.
17. Your affiant was not taken to a neutral judge for a probable cause hearing.
18. Any reasonable public servant should have known that to shackle and kidnap your affiant without lawful warrant and proper due process would deprive and deny your affiant's rights to equal protection of the laws under the Fourteenth Amendment which were statutorily guaranteed to him via 14 Stat. 27,17 Stat.13, and 78 Stat.241 and violate clearly established laws under California penal codes 118,118.1,118a, 125,126,127,128,129,15 USC sections 78d-3, 78ff, 1692e, 18 USC section 241,242 1201, 1961and FRCP section 9b.
19. Your affiant was freed the same day and was informed by DUBLIN that his automobile was being held for ransom at FIRST STREET TOW at Pleasanton California.
20. Your affiant paid approximately $400.00 to have his automobile back.
21. On June 18, 2009 JON J.GOODFELLOW discharged his "official" duties pursuant to California government code 24156 under the color of authority derived from the Federal and State Constitutions and the laws of the United States to prepared and presented fraudulent documentation under the color of authority to the bar court with the intention of depriving your affiant's rights to equal protection

of the laws under the Fourteenth Amendment which were statutorily guaranteed to him via 14 Stat. 27,17 Stat.13, and 78 Stat.241 and violate clearly established laws under California penal codes 118,118.1,118a, 125,126,127,128,129,15 USC sections 78d-3, 78ff, 1692e, 18 USC section 241,242 1201, 1961, 17 Stat.13 and FRCP section 9b.

22. Any reasonable District Attorney knew or should have known that to bring a "complaint" before the California bar court without a corprus delecti would constitute fraud and deprive your affiant's rights to equal protection of the laws under the Fourteenth Amendment which were statutorily guaranteed to him via 14 Stat. 27,17 Stat.13, and 78 Stat.241

23. In June of 2009, an unidentified "clerk" for the COUNTY OF ALAMEDA discharged her "official" duties pursuant to California government code 24156 under the color of authority derived from the Federal and State Constitutions and the laws of the United States and knowingly filed the fraudulent "complaint" created by JON J. GOODFELLOW into the California bar court while acting under the color of authority of the federal and State constitutions.

24. Any reasonable clerk should have known that the document created by JON J. GOODFELLOW was not a law full complaint pursuant to federal rules of evidence and clearly established laws and that to file such a document into the bar court of the State of California would deny your affiant's rights to equal protection of the laws under the Fourteenth Amendment which were statutorily guaranteed to him via 14 Stat. 27,17 Stat.13, and 78 Stat.241

25. In July of 2009 without subject matter jurisdiction or authority, lack of any testifying witnesses, and with total disregard to your affiant's rights protected by clearly established law, JACOB BLEA III discharged his "official" duties pursuant to California government code 24156 under the color of authority derived from the Federal and State Constitutions and the laws of the United States acted to act in concert with JON J. GOODFELLOW and the unidentified "clerk" of the COUNTY OF ALAMEDA and brought your affiant before himself for an alleged "arraignment".

26. Any reasonable public servant should know that without evidence of a lawful complaint on the record he lacked subject matter jurisdiction over your affiant which would deny your affiant's rights to equal protection of the laws under the Fourteenth Amendment which were statutorily guaranteed to him via 14 Stat. 27, 17 Stat. 13, and 78 Stat. 241 as he simply refused to do an act on the ground that it was inconsistent with his federal civil rights.
27. Your affiant was unaware of the fraudulent conspiracy brought upon him so he hired EMMANUEL ENYINWA as his legal counsel to help him answer BLEA, in doing so your affiant had a reasonably expectation his counsel would defend him with good faith.
28. After approximately one year EMMANUEL ENYINWA acquired $1500.00 in fees from your affiant then acted in concert with the State bar court and threatened your affiant that if he didn't enter a plea of guilty to BLEA then he would probably lose the case at trial and be sentenced to jail.
29. Any competent and reasonable legal counsel would have known how to quash the fraudulent dilemma cast upon your affiant and that negligence not to properly defend him would cause your affiant harm and damages.
30. Your affiant was forced to plea guilty and was fraudulently sentenced 3 years of "court probation" with the state bar court. Your affiant did not freely contract with bar court as he was under duress from fear of being caged up to a year for his failure to do so.

### **CHALLENGE OF JURISDICTION**

Your affiant's alleged charges and "court probation" arose in the administration of California Government Code 24156 in the unlawful arresting and charging process as the faithful duty to uphold the federal and state constitutions are inapplicable to SEAN PARKER, JON J. GOODFELLOW, Unidentified state bar court clerk and JACOB BLEA III (alleged arraignment judge). " *We do not read these cases [Rives and Powers] as establishing that the denial of equal civil rights must appear on the face of the state constitution or statute rather than in its application where the alleged denial of rights, as here, had its*

Petition for Writ of Habeas Corpus - 6

*inception in the arrest and charge. They dealt only with the systematic exclusion question, a question which in turn goes to the very heart of the state judicial process, and federalism may have indicated that the remedy in such situations in the first instance should be left to the state courts. We would not expand the teaching of these cases to include state denials of equal civil rights through the unconstitutional application of a statute in situations which are not a part of the state judicial system but which, on the contrary, arise in the administration of a statute in the arresting and charging process." 347 F. 2d 679, 684. (Emphasis added.)*

Your affiant has made request to see the bond of alleged "judges" and "District attorneys as described in California Government Code 1481,1501 or 1504 "The faithful discharge of all duties which may be required of such officer by any law enacted subsequently to the execution of the bond".

Said actors were unable to produce such bonds to guarantee faithful discharge of all duties (see attached letter from executive office) because such bonds are non-existent. Instead these State actors actions of malfeasance are commanded by California Government Code 24156, "After the resolution is adopted, any or <u>all requirements of law with respect to faithful performance</u> or revolving fund bonds <u>shall be inapplicable</u> to such county, district or court or any officer or employee thereof; provided, however, that such a county shall provide for self-insurance.

California Government Code 24156 purports to command the counties, district or court or any officer or employee thereof to ignore the federal rights as it makes any and all requirements of law with respect to faithful performance inapplicable to them as long as they be self insured. All of these state actors lack faithful performance bonds and are all covered under the same self-insurance as described in California Government Code 24156.

Upon examination of alleged "judges" and "District attorneys" "OATH OF OFFICE" your affiant asks this honorable court to take notice of the section that states " I will bear true <u>faith</u> and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will

Petition for Writ of Habeas Corpus - 7

well _faithfully_ discharge the duties which I am about to enter."

Your affiant's alleged prosecution and "court probation sentence" wouldn't be possible if the People of the State of California had never passed such a treasonous act (Government Code 24156) on July 8, 1976. This act enables such state actors to ignore their faithful allegiance and discharge of duties to the Federal and State Constitutions which both state that no person shall be deprived of life liberty, or property, without due process of law. Government Code 24156 undermines not only God given rights, but also your affiants Federal racial civil rights as it enables alleged counties, district or court or any officer or employee thereof to act unfaithfully to the duties described in their "Oath of Office" as long as they are self-insured.

1. The fundamental importance of jurisdiction to any court action is addressed in the following case cites:
    "There is no discretion to ignore lack of jurisdiction." _Joyce v. U.S._, 474 F 2d 215: _Melo v. U.S._, 505 F 2d 1026: "Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather should dismiss the action."
    "Court must prove on the record all jurisdiction facts related to the jurisdiction asserted." _Lantana v. Hopper_, 102 F. 2d 188; Chicago v. New York, 37 F. Supp. 150; "Since jurisdiction is fundamental to any valid judicial proceeding, the first question that must be determined by a trial court in any case is that of jurisdiction." _Dillon v. Dillon_, 187 P. 27;
    "Since jurisdiction is fundamental, and it is jurisdiction alone that gives a court power to hear, determine, and pronounce judgment on the issues before it, jurisdiction must be continuing in the court throughout the proceedings." _Re. Cavitt_, 254 P. 599.
    "Jurisdiction of court may be challenged at any stage of the proceeding, and also may be challenged after conviction and execution of judgment by way of writ of habeas corpus."
    [_U.S. v. Anderson_, 60 F.Supp. 649 (D.C.Wash. 1945)]

    When a judicial officer acts entirely without jurisdiction or without compliance with jurisdiction requisites he may be held civilly liable for abuse of

Petition for Writ of Habeas Corpus - 8

process even though his act involved a decision made in good faith, that he had jurisdiction. *Little v. U.S. Fidelity & Guaranty Co.*, 217 Miss. 576, 64 So. 2d 697. [Emphasis added in all case cites.]

### PRAYER

Your affiant moves this honorable court to grant this removal and terminate the state bar court case and "probation". Your affiant has been scheduled to appear before STUART HING on 11-5-12 for four different frivolous matters, alleged Jury trials for State of California bar court cases #440324-9 and #445236-6 "revocation of probation hearing" for alleged case # 130861 and 425914. Honorable Judge PHYLLIS J. HAMILTON has terminated the criminal prosecution of "case" #445236-6 and STUART HING along with other state actors are defendants in federal civil rights cases with your affiant being plaintiff (3:2012-cv-04303 and 4:2012-cv-05512). There is a clear conflict of interest and your affiant fears he will once again be denied his Federal civil rights by said state actors and once again be caged as a form of retaliation for standing up for his rights. Your affiant asks that this honorable court declare California Government Code 24156 unconstitutional as it allows for the clear violation of civil rights to due process of law. These state actors are persistent in violating your affiants federally protected civil rights and won't stop until they accomplish the loss of life liberty and property of your affiant without due process. The actions of SEAN PARKER, JON J. GOODFELLOW, Unidentified state bar court clerk and JACOB BLEA III and COUNTY OF ALAMEDA "deputy sheriffs" All were done in bad faith, wantonly, recklessly, willfully, maliciously, and in concert showing a deliberate indifference towards your affiant's rights to equal protection of the laws under the Fourteenth Amendment which were statutorily guaranteed to him via 14 Stat. 27, 17 Stat.13, and 78 Stat.241, with the direct intent and sole purpose of injuring, humiliating, oppressing and causing mental anguish to your affiant because he is a Negro man. As a direct or indirect result of said actors actions, your affiant has been damaged.
  I pray for this Federal court to rectify this matter, as it deems proper and not to allow this matter to continue at the state level.

Petition for Writ of Habeas Corpus - 9

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 10/29/12.

Respectfully submitted,

All Rights Reserved

Ronald Olajide

C/o 4200 Park Blvd #137
Non- Domestic
Oakland, California

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

STATE OF CALIFORNIA

County of Alameda }

On October 29, 2012 before me, Matezsa Cheatham, Notary Public,
    Date                              Insert Name of Notary exactly as it appears on the official seal

personally appeared Ronald B. Olajide
                         Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature _____
          Signature of Notary Public

[Notary Seal: MATEZSA CHEATHAM, COMM. #1973768, Notary Public-California, ALAMEDA COUNTY, My Comm. Exp. MAR 31, 2016]

Place Notary Seal Above

———————————— OPTIONAL ————————————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of the form to another document.

**Description of Attached Document**

Title or Type of Document: Writ of Habeas Corpus

Document Date: October 29, 2012            Number of Pages: 10

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- [x] Individual
- [ ] Corporate Officer — Title(s): _____
- [ ] Partner  [ ] Limited [ ] General
- [ ] Attorney in Fact
- [ ] Trustee
- [ ] Guardian or Conservator
- [ ] Other: _____

Signer is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- [ ] Individual
- [ ] Corporate Officer — Title(s): _____
- [ ] Partner  [ ] Limited [ ] General
- [ ] Attorney in Fact
- [ ] Trustee
- [ ] Guardian or Conservator
- [ ] Other: _____

Signer is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Dept. No.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA,
GALE/SCHENONE HALL OF JUSTICE

| PEOPLE OF THE STATE OF CALIFORNIA | NO. COMPLAINT |
|---|---|
| v. | |
| **RONALD BOYEDE OLAJIDE** | PFN: BDJ279    CEN: 9342532    REFUSAL |
| Defendant(s). | CITED 07/02/09 |

UCC1-103.6
UCC1-308

The Undersigned, being sworn says, on Information and belief, that RONALD BOYEDE OLAJIDE did, in the County of Alameda, State of California, on or about June 6, 2009, commit a Misdemeanor, to wit: DRIVING UNDER THE INFLUENCE OF ALCOHOL OR DRUGS, a violation of section 23152(a) of the VEHICLE CODE of California, in that said defendant(s) did unlawfully drive a vehicle while under the influence of an alcoholic beverage.

### SECOND COUNT

The Undersigned further deposes and says on Information and belief, that said RONALD BOYEDE OLAJIDE did, in the County of Alameda, State of California, on or about June 6, 2009, commit a Misdemeanor, to wit: DRIVING WHILE HAVING A 0.08% OR HIGHER BLOOD ALCOHOL, a violation of section 23152(b) of the VEHICLE CODE of California, in that said defendant(s) did unlawfully, while having 0.08 percent and more, by weight, of alcohol in the blood, drive a vehicle.

### REFUSAL OF CHEMICAL TEST CLAUSE AS TO DEFENDANT OLAJIDE

It is further alleged as to count two, that the defendant, in violation of Vehicle Code section 23577, refused a peace officer's request to submit to, and willfully failed to complete, a chemical test.

### THIRD COUNT

The Undersigned further deposes and says on Information and belief, that said RONALD BOYEDE OLAJIDE did, in the County of Alameda, State of California, on or about June 6, 2009, commit a Misdemeanor, to wit: UNLICENSED DRIVER, a violation of section 12500(a) of the VEHICLE CODE of California, in that said defendant(s) did unlawfully drive a motor vehicle upon a highway without holding a valid driver's license issued under the Vehicle Code of the State of California.

### FIRST PRIOR CONVICTION AS TO DEFENDANT OLAJIDE

The undersigned further alleges that before the commission of the offense specified above, said defendant RONALD BOYEDE OLAJIDE, on or about August 20, 2004, was convicted in the Superior Court of the State of California, in and for the County of ALAMEDA, of the crime of a Misdemeanor, to wit: DRIVING WHILE HAVING A 0.08% OR HIGHER BLOOD ALCOHOL, a violation of section 23152(b) of the VEHICLE CODE of California, and received a sentence of probation therefor.

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by Penal Code Section 1054.3.

Complainant therefore prays that a warrant issue and that said defendant(s) be dealt with according to law.

Subscribed and sworn to before me,
  Thursday, June 18, 2009                              /s/   Dublin PD-D09-01702

JON J. GOODFELLOW
Senior Deputy District Attorney
State Bar #76569 pl
Alameda County, California



# DUBLIN POLICE SERVICES
## Declaration in Support of Arrest

Defendant's Name: OLAJIDE, Ronald
PFN#: BDJ279
Dublin Police Report #: D09-01702

The undersigned hereby declares, upon information and belief that he/she is a PEACE OFFICER in the City of Dublin, California.

That the contents of this declaration provide probable cause to believe the above-named defendant committed the following crimes:

1. CVC 23152(a/b)

The said defendant committed said offense(s) in a manner and by the means as set forth and described in the following document(s) and/or report(s).

1. On Saturday, 060609, about 0335 hours, OLAJIDE was contacted during a traffic enforcement stop for violations of CVC 21658 (a), Maintain a Single Lane, and CVC 22350, Basic Speed and CVC 21650, Unable to Maintain Right Side of Roadway. OLAJIDE was paced at 60 mph in a 45 mph zone, and 55 mph in a 35 mph zone. OLAJIDE and was observed drifting in and out of on northbound Fallon Road. OLAJIDE'S vehicle drifted of the double yellow lines into southbound Fallon Road and back of the solid white line on the right edge of the roadway. During contact, OLAJIDE displayed obvious and apparent symptoms of impairment leading me to form the opinion he was driving while under the influence of an alcoholic beverage and/or drugs. Field Sobriety Tests performed by OLAJIDE indicated he was under the influence of an alcoholic beverage and was unsafe to continue operating a vehicle. OLAJIDE was only able to correctly complete one PAS test, a manual trap. The result was .087%. I transported OLAJIDE to Santa Rita Jail where he submitted to a breath test which determined his BAC to be .10%. OLAJIDE was unable to properly complete a second breath test and was informed he was required to complete a blood test, but refused.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2009 Time: 1943 hours at the City of Dublin, Alameda County, California.

Officer Signature: S. Parker #16662

☐ I hereby **find** that the arrest of the above named defendant was made with probable cause.

☐ I hereby **do not find** the arrest of the above named defendant was made with probable cause.

Dated: _____ Time: _____ Judge: _____

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
HAYWARD HALL OF JUSTICE

| PEOPLE OF THE STATE OF CALIFORNIA, | NO: 130861 |
|---|---|
| | PLEASANTON CASE |
| RONALD BOYEDE OLAJIDE | CEN: 9342532 |
| Defendant. | IN CUSTODY |

ENDORSED FILED
ALAMEDA COUN
12 OCT 11 AM 3:
CLERK OF THE SUPERIOR
BY_____

## PETITION TO REVOKE PROBATION

The undersigned petitioner, based on information and belief, respectfully represents the following:

That on or about **September 15, 2010**, the defendant was placed on MISDEMEANOR probation for a period of **3 YEARS** following his/her MISDEMEANOR conviction of a violation of Section **23103 VC** in the City of **Pleasanton**. The conditions of probation included an order that the defendant obey all laws of the community and be of good conduct.

The defendant has violated the terms and conditions of probation in that he/she committed a violation of Section **836.6(A), 148(a)(1)**, on or about **October 9, 2012**, in the County of Alameda, as set forth in the Probable Cause Declaration, a copy of which has been attached hereto and incorporated by reference.

WHEREFORE, petitioner prays that probation be summarily revoked, and a hearing set on this matter.

I certify under penalty of perjury that the foregoing is true and correct.

Executed at Hayward, California on October 11, 2012.

_____
ROY C. SCHEINGART / nac
Senior Deputy District Attorney
State Bar # 91694
Alameda County, California

## ORDER

IT IS HEREBY ORDERED that said Probation is revoked.

IT IS FURTHER ORDERED that a warrant be issued for the arrest of the above-named defendant.
_____ Bail.

EXECUTED this ____ day of _____.

_____
Judge of the Superior Court, Hayward Hall of Justice

**NOTICE:** Please take notice that the People will ask that the probation violation hearing be heard simultaneously with the preliminary hearing on the felony charge.

# SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF ALAMEDA
*Gale / Schenone Hall of Justice*

**People of the State of California**
VS.
**Olayide, Ronald Boyede**
(defendant)

DOCKET NO. 130861
DEPT. NO. 703
PFN BDJ279 CEN 9342532

**ORDER GRANTING REVOCABLE RELEASE IN THE COMMUNITY (COURT PROBATION)**

( ) M23152 VC
The above-named defendant being present in court and having been convicted of violation(s) of section(s) (X) 23103VC PURSUANT TO 23103.5VC
( ) ___ VC

**IT IS ORDERED THAT:**

( ) A. **EXECUTION SUSPENDED**—Defendant may be imprisoned in the County Jail for ___ days, however execution of ___ days of said sentence is suspended for ___ months and defendant is place on court probation for ___ on the following terms and conditions:

(X) B. **IMPOSITION SUSPENDED**—Imposition of sentence is suspended for **36** months, and defendant is placed on Court Probation for **36** months on the following terms and conditions:

**TERMS AND CONDITIONS:**

(X) 1. Report as directed and follow the instructions of the Court.
(X) 2. **JAIL**—Serve **3** days in the County Jail, less ___ days credit for time served as follows: (X) Through Weekend Work Program
   ☐ A. Commencing forthwith            Bal 2 days   Signup by 9/30/10
   ☐ B. Commencing ___
   ☐ C. ___ weekends, commencing ___ and ___ weekends thereafter
   Sentence to run ☐ concurrent; ☐ consecutive to any other sentence.
(X) 3. **FINE**—Pay a fine of $ 1660 plus $100 Victim Witness Fund (a total of $ 1760 ): (X) Through Central Collections.
   $30 - 1st included   BY: ___
(X) 4. **CONDUCT**—Be of good conduct and obey all laws. If arrested, give your own true name, address and date of birth to the arresting officer and report in writing to the court within 7 days.
( ) 5. **EMPLOYMENT/SCHOOL**—Seek and maintain steady employment or attend school or job training.
( ) 6. **RESIDENCE**—Report any change of address to the Court within 10 days.
( ) 7. **APPROVAL REQUIRED**—Do not change your place of residence, employment, schooling or training without approval of the Court.
( ) 8. **TEST/TREATMENT**—Participate in any program of counseling, treatment, or testing as directed by this Court. ___
( ) 9. **SEARCH**—Submit your person, place of residence, or any vehicle, including all property therein, under your control, to search at any time, day or night, by any peace officer with or without a search warrant, and any property under your control.
( ) 10. **DRUGS**—Do not own, use or possess any narcotic or dangerous drug, without prescription, nor knowingly associate with those who do.
(X) 11. **ALCOHOL**—Do not drink alcoholic beverages (to excess). Submit to alcohol detection tests as requested by peace officer.
   ☐ NO ALCOHOL UNTIL 21 YEARS OLD
(X) 12. **DRIVING**—Do not drive any motor vehicle unless lawfully licensed and insured
   ☐ NOR WITH ANY MEASURABLE AMOUNT OF ALCOHOL IN YOUR BLOOD
(X) 13. **TRAFFIC SCHOOL**—Attend and complete school as assigned (X) DUI (Driving Under the Influence School); ☐ AA (Alcohol Awareness School); ☐ TVS (Traffic Violator's School); ☐ Other school or program (name) Level 1
   COMPLETE BY: ___
( ) 14. **WRITE OUT TEXT OF** 13202.5 VC and turn in to the Court by: ___
( ) 15. **DRIVER'S LICENSE**
   ☐ A. DRIVER'S PRIVILEGE AND LICENSE IS SUSPENDED/REVOKED FOR ___ MONTHS. SURRENDER DRIVER'S LICENSE TO COURT TO BE SENT TO DMV. ☐ SUSPENSION BY DEPARTMENT OF MOTOR VEHICLES
   ☐ B. DRIVER'S PRIVILEGE AND LICENSE RESTRICTED FOR ___ AND DEFENDANT IS AUTHORIZED TO DRIVE TO/FROM ANY AUTHORIZED TREATMENT PROGRAM AND TO/FROM WORK DURING THE COURSE OF EMPLOYMENT AND SCHOOL.
( ) 16. **HARASSMENT:** ☐ Do not threaten, molest or annoy ___
   ☐ You are ordered to stay away from ___
( ) 17. **WEAPONS**—Do not own, use or possess any firearm or any other dangerous or deadly weapon.
( ) 18. **RESTITUTION**—Make restitution in the amount of $___ TO: ___
   ADDRESS(ES): ___
   ☐ PAY DIRECTLY TO PERSON(S) NAMED ABOVE ___
   ☐ PAY THROUGH ALAMEDA COUNTY CENTRAL COLLECTIONS BUREAU ___
( ) 19. **WORK PROGRAM**—Work ___ days for (Agency) ___
   to be completed by ___ Report immediately as directed.
( ) 20. **VIOLATION** of the terms of probation may result in a minimum of 48 hours in the County Jail
( ) 21. **IF YOU** are stopped and detained again for this offense and your Test Result is above .04 you would be in violation of probation.

**ADDITIONAL CONDITIONS:**
(X) 22. $100 - PVRF suspended

( ) 23. **NEXT COURT DATE:** Case continued to ___ at ___ for progress report in Department ___.
   ☐ Defendant must appear.
   ☐ Defendant is excused by Court if ___

Failure to comply with any terms of this order may result in revocation of the probation and imposition or execution of sentence. Upon successful completion of this probation, defendant may apply to this Court to have this conviction set aside under the provisions of Section 1203.4 of the Penal Code, except as to Vehicle Code violations.

Date: 9/15/10

_____
Judge of the Superior Court

I have received a copy of these conditions of probation, and I understand and agree to perform them and understand that if I fail to do so, my probation maybe revoked and I may be sentenced to jail.

ROlayide
(Probationer's Signature) #115

20885 Redwood #115
(Address)

Hayward    CA    94541
(City)    (State)    (Zip)

(510) 459-9166
(Telephone Number)

13-603A (Rev. 01/02)   DISTRIBUTION WHITE–COURT FILE; CANARY–DEFENDANT; PINK–PROBATION



# Superior Court
# State of California

ADRIANNE FORSHAY
ASSISTANT EXECUTIVE OFFICER

COUNTY OF ALAMEDA

EXECUTIVE OFFICE, ROOM 209
1225 FALLON STREET
OAKLAND, CA 94612
PHONE: (510) 891-6012
FAX: (510) 891-6276

May 24, 2012

dsun365@yahoo.com

Mr. Ronald Olajide
c/o 4200 Park Blvd. #137
Oakland, CA 94602

Re: Request for Judges' surety bond records

Dear Mr. Olajide:

I am writing in response to your letter received by the Superior Court of California, County of Alameda ("Court") on May 15, 2012. The Court has treated your letter as a request for judicial administrative records under California Rules of Court, rules 10.500 et seq. You have requested certified copies of the public surety bond for the following judicial officers:

| | |
|---|---|
| Judge Jacob Blea III | Judge Kevin Murphy |
| Judge Michael Gaffey | Judge Gloria Rhynes |
| Judge Larry Goodman | Judge Thomas Rogers |

In support of your request, you cited California Government Code section 1481. Certain public officials are required to give official bonds. Alternatively, public officials can be included under a master bond. However, there is no statutory requirement for superior court judges to give bonds. The Court does not have any documents responsive to your request.

If you have any additional questions regarding this matter, please contact me at the address listed above.

Sincerely,

*Adrianne Forshay*

Adrianne Forshay
Assistant Executive Officer

cc: Pat S. Sweeten, Executive Officer
     Adam Byer, Acting Bureau Chief