UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

People of the State of California,

Plaintiff(s),

v.

Ronald Boyede Olajide,

Defendant(s); in error

CR12-00781 PJH

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

FILED
OCT 29 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 10-29-12

Signature  All rights reserved

Counsel for Pro Per
(Plaintiff, Defendant, or indicate "pro se")