UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
NOV ^ 1 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Sir or Madam:

Your notice of removal has been filed as civil case number _____ C-12-5603-PJH _____.

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's <u>In Forma Pauperis</u> Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your complaint is deficient because you did not pay the filing fee and:

1. __X__ you did not file an <u>In Forma Pauperis</u> Application.

2. ____ the <u>In Forma Pauperis</u> Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current <u>In Forma Pauperis</u> Application.

   _____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

   _____ You did not sign your <u>In Forma Pauperis</u> Application.

   _____ Other _____

Enclosed you will find this court's current <u>In Forma Pauperis</u> Application and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE within THIRTY DAYS from the filing date stamped above.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07