Richard W. Wieking
Clerk

General Court Number
510.637.3530

November 1, 2012

Alameda County Superior Court
Hayward Hall of Justice
24405 Amador Street
Hayward, CA 94544

RECEIVED
NOV 06 2012

RE: CV 12-05603 PJH    RONALD BOYEDE OLAJIDE-v-PEOPLE OF THE STATE OF
CALIFORNIA
         Your Case Number: (130861)
Dear Clerk,

         Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

         (X)    Certified copies of docket entries

         (X)    Certified copies of Remand Order

         ()     Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

                          Sincerely,

                          RICHARD W. WIEKING, Clerk

                          by: Kelly Collins
                          Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg